JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CESAR TORRES LUGO,

     Plaintiff,

v.

LOS ANGELES COUNTY METROPOLITCAN TRANSIT AUTHORITY, et al.,

     Defendants.

No. 2:26-cv-02777-JAK (AJRx)

**ORDER RE STIPULATION TO FILE FIRST AMENDED COMPLAINT REMOVING ADA AND SECTION 504 CAUSE OF ACTION (DKT. 9)**

**[JS-6: CASE REMANDED]**

1

Based on a review of the Stipulation to File First Amended Complaint Removing ADA and Section 504 Cause of Action, Dkt. 9 ("Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1.      Plaintiff's First Amended Complaint, Dkt. 9-2 ("FAC"), is accepted and filed.

2.      Because the FAC does not present any claim that provides a basis for federal subject matter jurisdiction, this action is **REMANDED** to the Los Angeles County Superior Court, at its Compton Courthouse, No. 26CMCV00016.

3.      Each party shall bear its own attorney's fees and costs arising out of the removal and remand of this action.

**IT IS SO ORDERED.**

Dated:  April 13, 2026

_____

John A. Kronstadt
United States District Judge

2